IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRAINE MAZZOLA, | ) | |
| | ) | CIVIL ACTION NO. 08-14336 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE | ) | Judge George Caram Steeh |
| COMMISSIONER OF, | ) | Magistrate Judge Mona K. Majzoub |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This matter having been remanded to the agency pursuant to Order entered April 30, 2009; the proceedings having been adjudicated by an administrative law judge in favor of the Plaintiff on July 11, 2011; and Defendant, Commissioner of Social Security, having filed, with Plaintiff's concurrence, a motion for entry of judgment pursuant to Federal Rule of Civil Procedure on March 22, 2012,

IT IS HEREBY ORDERED that the Commissioner's decision on remand is affirmed, and JUDGMENT is therefore entered in this matter.

GEORGE CARAM STEEH
United States District Court Judge

Dated: 3-23-12